RECEIVED

JAN 1 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ANTHONY JAMES LONDO | CIVIL ACTION 10-1036 |
| VERSUS | SECTION P |
| | JUDGE DOHERTY |
| IBERIA MEDICAL CENTER, ET AL | MAGISTRATE JUDGE HANNA |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's voluntary motion to dismiss (Rec. Doc. 41) is **GRANTED** and plaintiff's action is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Anthony James Londo is **SANCTIONED** in the amount of the unpaid filing fee of $350.00;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of Court shall not accept further pleadings from Anthony James Londo unless and until the

filing fee is paid or unless otherwise ordered by the Court.

Lafayette, Louisiana, this **10** day of January, 2011.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE